IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2018 FEB -8
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Lauren E. McWaters
75995 Tallassee Hwy
Wetumpka, Al. 36092
Plaintiff(s),

v.

Judge Michelle Hart
312 Courthouse Square Thomason
Bay minette, AL 36507
Defendant(s).

CIVIL ACTION NO. 2:18-cv-103-WKW

JURY DEMAND (MARK ONE)
☒ YES   ☐ NO

## COMPLAINT

1. Plaintiff(s)' address and telephone number: Lauren E. McWaters 334-452-1135
   75995 Tallassee hwy
   Wetumpka, Alabama 36092

2. Name and address of defendant(s): Judge Michelle Hart Thomason
   312 Courthouse Square
   Bay minette, AL 36507

3. Place of alleged violation of civil rights: Baldwin County Alabama

4. Date of alleged violation of civil rights: December 6, 2005...

5. State the facts on which you base your allegation that your constitutional rights have been violated: Judge Michelle Hart Thomason denied my mother Robin Hudson a court appointed attorney RH v. DN 2016115 10-10-2008. Therefore violating my mom Robin Hudson an attorney she failed giving her an court appointed attorney. In which I was dependent upon my mom Therefore I wasn't provied a Guardian Ad Litem, I never spoke to my attorney. I suffer post tramatic stress disorder and I am seeking therapy and can prove the ptsd.

6. Relief requested: I am requesting Michelle (Hart) Thomas to be impeached. Montetary funds also: to be determined by a jury.

Date: ~~January 8, 2018~~ February 8, 2018

Lauren E. McWaters
Plaintiff(s) Signature

2

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

### CERTIFICATE OF SERVICE

I, _Lauren E. McWaters_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _Mail certified_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _8th_ day of _January_ 20_18_, to:

_Judge Michelle (Hart) Thomason_
_312 Courthouse Square_
_Bay Minette, AL 36507_

February 8, 2018
~~January 8, 2018~~
Date

_Lauren E. McWaters_
Signature